No. 04–8987.  BENGE v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 04–8999.  PEREA v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. (two judgments).  C. A. 5th Cir.  Certiorari denied.

No. 04–9047.  ROSE v. SONNEN, ADMINISTRATOR, IDAHO DE-PARTMENT OF CORRECTION, OPERATIONS DIVISION.  C. A. 9th Cir.  Certiorari denied.

No. 04–9052.  FALKIEWICZ v. WHITE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–9070.  JAMES v. HARRISON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–9075.  GAINES v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 04–9087.  FERNANDEZ v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 04–9105.  BRYAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9112.  GOMEZ v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 04–9128.  FULLER v. CONWAY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–9151.  GRANDISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–9161.  EVICCI v. DENNEHY, COMMISSIONER, MASSACHU-SETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 04–9163.  JOHNSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–9178.  PETERSON v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.